JAMES S. McGLENNON, Respondent, *v.* CHASE BROTHERS COMPANY, Appellant.

Reported below, 115 App. Div. 921.
(Argued January 7, 1907; decided January 15, 1907.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the fourth judicial

department, entered November 26, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

The motion was made upon the grounds that the action was one for services, the affirmance by the Appellate Division unanimous and, therefore, not appealable under subdivision 2, section 191 of the Code of Civil Procedure.

*George D. Reed* for motion.

*Horace McGuire* opposed.

Motion denied, with ten dollars costs.